JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG HEE PARK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TUNG THANH DINH, Trustee of the N.D. Dinh Tran Living Trust, dated January 27, 1988; THIEN TRAN DINH, Trustee of the N.D. Dinh Tran Living Trust, dated January 27, 1988; THET LIM doing business as MODOO DONUTS; AND DOES 1-10, <br><br> Defendants. | Case No.: **8:25-cv-00997-DOC-JDE** <br><br> *Hon. David O. Carter* <br><br> **ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO JOINT STIPULATION [11]** <br><br> Action Filed: May 12, 2025 <br> Trial Date: None |

Pursuant to Federal Rule of Civil Procedure 41, the Court, having considered the documents before it, and being fully advised, finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Young Hee Park's action is dismissed with prejudice in its entirety. Each party will be responsible for its own fees and costs.

Dated: July 3, 2025

*Hon. David O. Carter*
United States District Judge